BRISTOL SAVINGS BANK *v.* JOHN J. CELLINO ET AL.

The petition of the defendants John J. Cellino and Kathy M. Cellino for certification for appeal from the Appellate Court, 34 Conn. App. 914 (AC 12578), is denied.

*Peter B. Rustin,* in support of the petition.

*Richard M. Leibert,* in opposition.

Decided July 7, 1994

WILLIAM H. WILSON *v.* DEPARTMENT OF PUBLIC UTILITY CONTROL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 918 (AC 11959), is denied.

*Lawrence J. Kiel,* in support of the petition.

*Tatiana D. Sypko,* assistant attorney general, in opposition.

Decided July 7, 1994

STATE OF CONNECTICUT *v.* JOSE VARGAS

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 492 (AC 11628), is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided July 7, 1994